198

PER CURIAM.

(No. 7033

WILLIAM J. HAGSTROM, JR., M.D., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed February 9, 1973.*

DR. WILLIAM J. HAGSTROM, JR., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General, for Respondent.

PERLIN, C.J.

(No. 7039

INTERNATIONAL BUSINESS MACHINES CORPORATION, Claimant, *vs.* STATE OF ILLINOIS, ENVIRONMENTAL PROTECTION AGENCY, Respondent.

*Opinion filed February 9, 1973.*

INTERNATIONAL BUSINESS MACHINES CORPORATION, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.